UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| LEE KENWORTHY as the Administrator for the ESTATE OF SHAYLING KENWORTHY AND LEE KENWORTHY, Individually,<br><br>       Plaintiff,<br>vs.<br><br>LYNDHURST POLICE DEPARTMENT, OFFICER PHILIP REINA, in his individual capacity, LYNDHURST CHIEF OF POLICE JAMES O'CONNOR, in his individual capacity, SERGEANT RICHARD PIZZUTI, in his individual capacity, LYNDHURST TOWNSHIP AMBULANCE SQUAD, TOWNSHIP OF LYNDHURST, ROBERT MARTIN, ANN MARTIN, RICHARD ANDERSON, LAUREN ANDERSON, HOUSING AUTHORITY OF BERGEN COUNTY, ADAPT PHARMA – Distributor of Naloxene,<br><br>       Defendants. | Civil Action No.: 2:18-CV-12822-MCA-CLW<br><br>Civil Action |

---

**NOTICE OF MOTION TO DISMISS
FILED IN LIEU OF AN ANSWER**

---

To:   Lee Kenworthy, Pro Se
      127 Walton Street
      Englewood, New Jersey  07631

      and

      Lee Kenworthy, Pro Se
      72 Constitution Boulevard
      Whiting, New Jersey  08759

SIR/MADAM:

PLEASE TAKE NOTICE that defendants will move before the Honorable Madeline Cox Arleo, Chief United States District Judge, for an Order Dismissing the Plaintiffs' Complaint, with Prejudice.

In support of the motion, defendants will rely on the attached Brief, Statement of Undisputed Material Facts and Certification.

**ORAL ARGUMENT IS REQUESTED.**

_____
Harry D. Norton, Jr., Esq.
Norton, Murphy, Sheehy & Corrubia, P.C.
Attorneys for Defendants
1 Garret Mountain Plaza, 5th Floor
Woodland Park, New Jersey 07424

Dated: November 13, 2018