Mail body: Fwd: Motion

*Docket# 2:18-CV-12822*

*\*Motion Request for Procedural Rule 16 Conference*

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 AUG -2  P 3: 01

Begin forwarded message:

**From:** Iwasan American <iwasanamerican@gmail.com>
**Date:** August 2, 2019 at 1:38:06 PM EDT
**To:** iwasanamerican@gmail.com
**Subject: Motion**

Motion for rule 16 conference so discovery may commence as conference is procedural and for some reason yet to have been scheduled as would have been once my attorney on record came on although I've asked for exactly this conference on multiple occasions... At this point I would absolutely ask the court grant and schedule a rule 16 conference wherein my attorney paid retained can shed some light on what has been happening behind the scenes keeping him/his firm from being able to make appearances...

I'd like to thank adapt pharma for actually pointing out the federal argument and mass health concern dangers they along with their now sold product are causing which raises the federal courts responsibility to ensure the country's mass public safety given the daily global use of a lethal product on its very defective natures of procurement processing and ultimately manipulation of scientific data to hide its lethal nature's on sheer chemical engineering and use of lethal mixtures that will infact shut down the lungs and brain activity in asthmatics and was diluted for exactly this purpose as this was caught in early stages and left diluted rather than eliminated from chemical processing and an alternative used ... Cost effective given nature of products intended use far outweighed public safety as to bottom line revenue and actual possibilities of detection and having to ever alert the public of such possible side effects defects of product as discovery especially given ocean county sheriffs recorded statement that narcon years after roll out almost in conjunction with this lawsuit informed all police stations or some of Narcons deadly defects ... Rendering in his opinion what Lyndhurst did as negligent not murder... It is with evidence recorded like and of this nature that any motions to dismiss and this evidence not being put on record would not only subvert justice it would also put the general mass public at Risk to not allow this information to be full public knowledge and procedures put in place with something police are utilizing daily and obviously incorrectly in many instances

I also feel the court should immediately notify the fda and fbi as to Adapt pharmacies extremely highly questionable public sale of Narcon days after this lawsuit was introduced and if they properly legally informed said purchaser of narcons deadly effects and impending class action lawsuits that are inevitably until the general public is given knowledge and options of use for said defective products

Given also multiple supporting evidence audio documents and transcripts of medical personnel and police personnel stating they were informed a year later about narcons products defects and lethal effects on asthmatics I believe the federal court has an absolute obligation to the entire county and mass public safety to allow full discovery and commencement of forward trial motions ... including as pointed out also by adapt pharma thank you again a conference status hearing as would have should have been ordered by the court which I have requested as a pro se litigant multiple times and my

lawyer on record would have been granted without prejudice which I am not requesting as a procedure of rule I be allowed to not have justice be subversive and prejudiced against me any further said status conference that then may procedurally allow for discovery and actual commencement of pursuit of justice for the Kenworthy family...

Sent from my iPhone