| | **NORTON, MURPHY,** | REPLY TO: |
|---|---|---|
| HARRY D. NORTON, JR. | **SHEEHY & CORRUBIA, P.C.** | X  Woodland Park |
| BRIAN M. MURPHY* | | |
| WILLIAM M. SHEEHY | Attorneys at Law | Bergen County Office |
| KELLY P. CORRUBIA* | PNC Bank Building | 50 Chestnut Ridge Road, Suite 115 |
| LYNDA S. KORFMANN | One Garret Mountain Plaza (5th Floor) | Montvale, New Jersey  07645 |
| MICHELLE SURALIK-HORVATH | Woodland Park, New Jersey 07424-3396 | Telephone: (201) 930-9799 |
| JESSICA J. CENTAURO-PETRASSI* | | Fax: (201) 930-9191 |
| MICHAEL R. RUDOLPH | | E-mail:  bmurphy500@msn.com |
| | TELEPHONE: (973) 881-1101 | |
| OF COUNSEL | FAX: (973) 881-1369 | New York Office |
| JOANN RICCARDI-SCHUMAN | | 119 North Park Avenue,  4th Floor |
| | | Rockville Centre, New York  11570 |
| | | Telephone: (212) 532-4826 |

*ALSO MEMBER OF NEW YORK BAR

August 8, 2109

The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court, District of New Jersey Newark
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street, 2nd Floor
Newark, New Jersey 07102

   RE: **Lee Kenworthy, et al vs. Lyndhurst Police Department, et al**
      **Civil Action No.:** **2:18-CV-12822-MCA-CLW**
      **Our File No.:** **H17BR-007-HDN**

Dear Judge Dickson:

  I am in receipt of Document No. 55 which would appear to be a submission by Mr. Kenworthy. Quite frankly, I am uncertain how to reply other than to indicate that our firm has filed the appropriate Opposition to the relief previously sought by the plaintiff to reopen the case and commence discovery. Should the Court wish us to respond to specifically to this Document No. 55, please let us know and we will do so.

                 Very truly yours,

                 Harry D. Norton, Jr.
                 Writer's E-Mail Address
                 hnorton@nashnj.com
                 Direct Dial: 973-881-1102

HDN, Jr.:sbp
cc: Mr. Lee Kenworthy
   All Counsel of Record
   Trisha McTigue/Paul S. Barbire, Esq. – Claim No. 1264539